# United States Court of Appeals for the Federal Circuit

---

January 20, 2011

**ERRATA**

---

2010-1147

---

**PAPIERFABRIK AUGUST KOEHLER AG
AND KOEHLER AMERICA, INC.,**
*Plaintiffs-Appellants,*

**and**

**MITSUBISHI INTERNATIONAL CORPORATION,
MITSUBISHI HITEC PAPER FLENSBURG GMBH,
AND MITSUBISHI HITEC PAPER BIELEFELD
GMBH,**
*Plaintiffs,*

**v.**

**UNITED STATES**,
*Defendant,*

**and**

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

**and**

**APPLETON PAPERS INC.,**
*Defendant-Appellee.*

---

Decided:  January 11, 2011
Precedential Opinion

_____

Please make the following change:

Page 2, correct attorneys name "Mark A. Bernstein" to "Marc A.  Bernstein"